THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Thomas Earl
 Clark,        Appellant.
 
 
 

Appeal From Florence County
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No.
2005-UP-408
Submitted June 6, 2005  Filed June 24, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Robert M. Pachak, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Edgar Lewis Clements, III, of
 Florence, for Respondent.
 
 
 

PER CURIAM:  Thomas Earl
Clark appeals his guilty plea to second-degree burglary, criminal sexual
conduct, and exposing others to HIV.  Counsel for Clark attached to the final brief a petition to be relieved as
counsel.  Clark filed a separate pro se response
brief.
After a review of the record as
required by Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly
appealable issues that are arguable on their merits.  Accordingly, we
dismiss Clarks appeal and grant counsels petition to
be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS,
JJ., concur.